UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE

IN RE:

JOHN HEITHCOCK AND SON ROOFING     CASE NO. 05-12674-KML

Debtor(s)

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

LARRY EDMONDSON, Trustee, of this bankruptcy estate, reports the following:

1. Ninety days have passed since final distribution was made in this case pursuant to 11 U.S.C. Section 726. The Trustee has stopped payment on all checks remaining unpaid. The names of the individuals or entities to whom such unnegotiated distribution checks were issued, the amount of such checks and the last known address of the payees are:

| Name | Address | Amount |
|---|---|---|
| Schubert Lumber Company | c/o Edward S. Kelly, Jr., Esquire<br>P.O. Box 150349<br>Nashville, TN 37215 | $355.96 |
| Citibank (USA) N.A. | Assoc. Shell Payment Center<br>4300 Western Parkway<br>West Des Moines, IA 50266 | $187.22 |

2. The Trustee's check for $543.18, payable to the Clerk of the U.S. Bankruptcy Court, is attached to this report.

Respectfully submitted,

/s/ LARRY EDMONDSON
LARRY EDMONDSON, Trustee
BPR 5601
800 BROADWAY, 3RD FLOOR
NASHVILLE TN 37203
(615) 254-3765
(615) 254-2072 (fax)
larry@edmondsonlaw.com